FILED: October 21, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2276

(1:12-cv-03819-WDQ)

(12-18903)

_____

MICHAEL A. MCNEIL

       Debtor - Appellant

v.

STEPHEN A. DRAZIN

       Defendant - Appellee

and

BRIAN A. GOLDMAN; NANCY SPENCER GRIGSBY

       Trustees

_____

O R D E R

_____

The court defers consideration of the application to proceed in forma pauperis pending review of the appeal on the merits.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk