FILED: October 24, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2269 (L)
(1:12-cv-03706-WDQ)
(12-18903)

_____

MICHAEL A. MCNEIL

   Debtor - Appellant

v.

V. PETER MARKUSKI, JR.

   Defendant - Appellee

and

BRIAN ARTHUR GOLDMAN; NANCY SPENCER GRIGSBY

   Trustees

_____

No. 13-2276
(1:12-cv-03819-WDQ)
(12-18903)

_____

MICHAEL A. MCNEIL

   Debtor - Appellant

v.

STEPHEN A. DRAZIN

    Defendant - Appellee

and

BRIAN A. GOLDMAN; NANCY SPENCER GRIGSBY

    Trustees

---

O R D E R

---

Upon consideration of the motion to consolidate, the court grants the motion and consolidates Case No. 13-2269 and Case No. 13-2276.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk