FILED: October 24, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2269 (L)
(1:12-cv-03706-WDQ)
(12-18903)

_____

MICHAEL A. MCNEIL

    Debtor - Appellant

v.

V. PETER MARKUSKI, JR.

    Defendant - Appellee

and

BRIAN ARTHUR GOLDMAN; NANCY SPENCER GRIGSBY

    Trustees

_____

O R D E R

_____

Upon consideration of the motion for extension of the informal briefing schedule, the court extends the time for serving and filing the informal opening brief to 11/13/2013.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>