# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **Michael A.  McNeil** | * | |
| **Appellant** | * | **No. 13-2269** (L) |
| | | **(1:12-cv-03706-WDQ)** |
| **v.** | * | **(12-18903)** |
| **V. Peter Markuski, Jr.** | * | |
| **Appellee** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*
\*

| | | |
|---|---|---|
| **Michael A. McNeil** | * | |
| **Appellant** | * | **No. 13-2276** |
| | | **(1:12-cv-03819-WDQ)** |
| **v.** | * | **(12-18903)** |
| **Stephan A. Drazin** | * | |
| **Appellee** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO STRIKE THE
## "INFORMAL BRIEF OF STEPHEN A. DRAZIN, AS PRO SE APPELLEE"

NOW COMES the Appellant and ask this court to Strike the "Informal Brief

of Stephen A. Drazin, as Pro Se Appellee" in that in accordance with Local Rule 28

2013-12-03 MOTION TO STRIKE APPELLEE DRAZIN'S BRIEF.odt

(a) he is not permitted to file a brief.  The Appellant's asks this court to consider the following in support of his motion:

1. On October 24, 2013,  upon request of the Appellant in accordance with Local Rule 12(b) the Clerk of this court entered an order consolidating McNeil v. Markuski (12-18903) and McNeil v. Drazin (12-18903) designating McNeil v. Markuski as the lead case.  [Doc 12 12-18903]

2. On November 13, 2013 the Appellant's brief timely brief was docketed.

3. On November  22, 2013, Mr. Bernstein filed the Appellee Brief for this consolidated appeal.

4. On November 29, 2013, the Appellant mailed to this court his response to the Appellee's brief which at this point does not show as being docketed.

5. On November 30, 2013, the Appellant received in the mail a informal brief from Appellee Stephan Drazin which at this point does not show as being docketed.

6. Local Rule 28 (a) only permits one brief to be filed by each side in a consolidated appeal.  Therefore the Appellant can only submit one opening brief, and one brief responding to one Appellee brief.  And likewise there can only be one Appellee brief  which is a consolidated response of both Appellees.

7. Local Rule 28 (a) and by action of the Clerk of this Court, since McNeil v. Markuski is the "Lead" case causes Mr. Jeffrey Bernstein to be the Lead attorney for the Appellees for this consolidated appeal and he is responsible for submitting a consolidated response to the Appellant's opening brief.

8. Local Rule 28 (a) does not permit a Appellee in a consolidated appeal to submit a brief when he is not the lead attorney nor his case the lead case. In accordance with the rule, he is to coordinate his response with the lead attorney.

9. Mr. Drazin is a practicing attorney and is knowledgeable or should be knowledgeable with this court's local rules.

10. According to the District Court's and the Bankruptcy Court's dockets that are associated with this appeal, Mr. Drazin is not a Pro Se Litigant and is actually represented by his associate/employee Cary Jacobson and has never represented himself as a Pro Se litigant.

11. For the aforementioned reason, Mr. Drazin's brief violates Local Rule 28 (a) since in accordance to the rule he and Mr. Bernstein are to coordinate their response.

**WHEREFORE,** the Appellant prays that this court grant the Appellant's motion and that the Informal Brief of Stephen A. Drazin be stricken, along with

3

any and other relief that this court can provide the Appellant in the furtherance of

justice.

Michael A. McNeil
7014 Gentle Shade Road
Apartment 402
Columbia, Md 21046
410-505-8617
mamcneil@gmail.com

2013-12-03 MOTION TO STRIKE APPELLEE DRAZIN'S BRIEF.odt

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of November 2013  I mailed a copy of the of the aforementioned via First Class, United States Mail, postage fully prepaid to the following:

**Cary C Jacobson**
THE DRAZIN LAW CENTER, P.A.
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044

**U.S. Trustee's Office**
101 W. Lombard St.
Suite 2625
Baltimore, MD 21201

**Evan M. Goldman**
Goldman & Goldman, P.A.
Foxleigh Building
2330 West Joppa Road, Suite 300
Lutherville, MD 21093

**Jeffrey W Bernstein**
Wilson Goozman Bernstein and Markuski
Cherry Lane Professional Park
9101 Cherry La Ste 207
Laurel, MD 20708

**Stephan A. Drazon**
*THE DRAZIN LAW CENTER, P.A.*
*10420 Little Patuxent Parkway*
*Suite 100*
*Columbia, MD 21044*

Michael A. McNeil "Pro Se"
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046
(410) 505-8617
mamcneil@gmail.com

2013-12-03 MOTION TO STRIKE APPELLEE DRAZIN'S BRIEF.odt

5

Please Recycle




U.S. POSTAGE
PAID
COLUMBIA,MD
21045
DEC 03, 13
AMOUNT

**$14.10**

00075263-12

1007

UNITED STATES

## TIC AND INTERNATIONAL USE
## E MAILING LABEL HERE

### EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

**Addressee Copy**
Label 11-B, March 2004

**Post Office To Addressee**

| DELIVERY (POSTAL USE ONLY) | | |
|---|---|---|
| Delivery Attempt | Time | □ AM □ PM | Employee Signature |
| Mo.    Day | | | |
| Delivery Attempt | Time | □ AM □ PM | Employee Signature |
| Mo.    Day | | | |
| **Delivery Date** | Time | □ AM □ PM | Employee Signature |
| Mo.    Day | | | |

**CUSTOMER USE ONLY**

□ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

ceipt Fee

Insurance Fee

$

ge & Fees

e Emp. Initials

**NO DELIVERY**
□ Weekend  □ Holiday  □ Mailer Signature

**TO:** (PLEASE PRINT)    PHONE (

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

+

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

4 2013

CTED

SHALS

ST

ons only.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13C © U.S. Postal Service; July 2013; All rights reserved.

S AT USPS.COM®
EE SUPPLIES ONLINE





UNITED STATES POSTAL SERVICE

**UNITED STATES POSTAL SERVICE®**

DuPont™ Tyvek®
Protect What's Inside™

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



FOR DO

P

**PRESS HARD. YOU ARE MAKING 3 COPIES.**

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code | Day of Delivery

☐ Next ☐ 2nd ☐ 2nd Del. Day

Date Accepted | Scheduled Date of Delivery

Mo. Day Year | Month Day

Time Accepted | Scheduled Time of Delivery

☐ AM ☐ Noon ☐ 3 PM

☐ PM | Military

Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day

lbs. ozs. | Int'l Alpha Country Code

**FROM:** (PLEASE PRINT)     PHONE (



**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call **1-800-222-1811**

+ Money Back Guarantee for U.S. dest

EP13C July 2013
OD: 11.625 x 15.125

VISIT
ORDER

PS10000000005