FILED: March 27, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2269 (L)
(1:12-cv-03706-WDQ)
(12-18903)

_____

MICHAEL A. MCNEIL

    Debtor - Appellant

v.

V. PETER MARKUSKI, JR.

    Defendant - Appellee

and

BRIAN ARTHUR GOLDMAN; NANCY SPENCER GRIGSBY

    Trustees

_____

No. 13-2276
(1:12-cv-03819-WDQ)
(12-18903)

_____

MICHAEL A. MCNEIL

    Debtor - Appellant

v.

STEPHEN A. DRAZIN

       Defendant - Appellee

and

BRIAN A. GOLDMAN; NANCY SPENCER GRIGSBY

       Trustees

_____

J U D G M E N T

_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                              /s/ PATRICIA S. CONNOR, CLERK